1 THOMAS P. O'BRIEN
United States Attorney
2 LEON W. WEIDMAN
Assistant United States Attorney
3 Chief, Civil Division
SHARLA CERRA  (CSB #187176)
4 Assistant United States Attorney
    Federal Building Suite 7516
5     300 North Los Angeles Street
    Los Angeles, California
6     Tel. 213 894-6117
    FAX:  213 894-7819
7     Email:  Sharla.Cerra@usdoj.gov

8 Attorneys for Defendant MICHAEL J. ASTRUE,
Commissioner of Social Security

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| REGINA MITCHELL-ST. JULIEN, | CV 08 4348 JTL. |
| Plaintiff, | **JUDGMENT OF REMAND** |
| v. | |
| MICHAEL J. ASTRUE, Commissioner of Social Security, | |
| Defendant. | |

    The Court having approved the parties' stipulation to remand this case pursuant to Sentence 4 of 42 U.S.C. § 405(g) for further proceedings consistent with that stipulation and for entry of judgment for Plaintiff, judgment is hereby entered for Plaintiff.

DATED :January 23, 2009

                                /s/Jennifer T. Lum

                                JENNIFER T. LUM
                                UNITED STATES MAGISTRATE JUDGE